**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHANNON M. WELLS,**

            **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-101-Orl-22KRS**

**BARBARA HIPSHER,**

            **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration *sua sponte*. In a Notice of Hearing issued on August 31, 2006, doc. no. 33, I directed Defendant Barbara Hipsher to appear at a scheduling conference on Friday, September 8, 2006. I cautioned Hipsher that failure to appear may result in the imposition of sanctions. The Court's records reflect that a copy of this Notice of Hearing was mailed to Hipsher.

Hipsher did not appear at the hearing. Counsel for Plaintiff Shannon M. Wells, who did appear, indicated that Hipsher had not contacted her about the hearing, or provided any reason why she was unable to appear.

Accordingly, in an Order to Show Cause issued September 8, 2006, I ordered Hipsher to file and serve a written statement explaining why she failed to appear at the hearing. Doc. No. 35. The deadline set by the Order to Show Cause was September 22, 2006. *Id*. I again warned Hipsher that failure to comply would result in a recommendation that the Court enter a default against her. *Id.* The

Court's records reflect that a copy of the Order to Show Cause was mailed to Hipsher. Hipsher has not timely responded to the Order to Show Cause.

Pursuant to Federal Rule of Civil Procedure 16(f), "[i]f a party . . . fails to obey a scheduling or pretrial order . . . the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D)." Rule 37(b)(2)(C) authorizes the court, when appropriate, to strike pleadings, stay proceedings, dismiss the action or any part therefore, or render a judgment by default against a disobedient party.

Hipsher has failed to obey both the Notice of Hearing, doc. no. 33, and the Order to Show Cause, doc. no. 35. Hipsher has had ample notice that failure to comply with the Court's orders could result in the imposition of sanctions, including entry of default. Under these circumstances, I respectfully **RECOMMEND** that the Court enter a default against Hipsher.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 25, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy