**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHANNON M. WELLS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No.  6:06-cv-101-Orl-22KRS

**BARBARA HIPSHER,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 37) filed September 25, 2006.

The United States Magistrate Judge has submitted a Report recommending that a default be entered against the Defendant for failing to comply with this Court's Orders of August 31, 2006, and September 8, 2006 (Doc. Nos.  33 & 35).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed September 25, 2006 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant's Answer and Affirmative Defenses (Doc. No. 11) is hereby **STRICKEN**.

3. The Clerk is directed to enter a **DEFAULT** against the Defendant.

4. No later than November 28, 2006 Plaintiff shall file and serve her Motion for Default Judgment, along with a memorandum of law and supporting documentation.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 9, 2006.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party